IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America | Plaintiff(s), | Case No.: 4:24-CR-0218-JFH |
| vs. | | Criminal Information Sheet |
| Chad Henry Davis | Defendant(s). | Interpreter: Yes ☐  No ☐ |

Date: _____7/9/2024_____

Magistrate Judge Huntsman         Deputy Dusty Gross         USPO C. Brown
Date of Arrest:  7/8/2024         Arrested By: USMS _____         ☐ Detention Requested by AUSA
Bail Recommendation: $ 10,000.00         ☒ Unsecured

**Additional Conditions of Release:**

☒ a. ☒ b. _____          ☐ o. ☒ p. ☐ q. ☒ r. ☐ s. ☐ t. _____
☒ c. ☒ d. ☐ e. ☐ f. ☐ g. ☒ h.   ☒ u. (☐ 1, ☐ 2, ☐ 3, ☒ 4, ☒ 5, ☒ 6, ☒ 7)
☐ i. ☐ j. ☐ k. ☒ l.                ☒ v. (☒ 1, ☐ 2, ☒ 3, ☒ 4, ☒ 5, ☒ 6, ☒ 7, ☒ 8, ☒ 9, ☒ 10)
☒ m. (☒ i, ☐ ii, ☐ iii, ☐ iv)      ☐ w. (☐ 1, ☐ 2)
☐ n. _____                   ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   ☒ Yes   ☐ No
Defendant's Attorney: Lance Phillips   ☐ FPD;   ☒ Ct. Appt;   ☐ Ret Counsel
AUSA:   George Jiang

**MINUTES:**

Interpreter: _____ ; ☐ Sworn

☒ Defendant appears in person for IA on: ☒ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☐ Rule 5
     with: ☐ Ret Counsel; ☐ FPD; ☒ Ct. Appt; ☐ w/o Counsel
☒ Financial Affidavit received and FPD/CJA appointed; ☒ Present ☐ Not Present
Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:
     ☒ Verified in open court
     ☐ Corrected by interlineation to_____
     to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
     ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;
Waivers executed and filed:   ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings
☒ Bond set for $ 10,000 _____ ; Bond and conditions of release executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☐ Defendant remanded to custody of U.S. Marshal: ☐ Pending further proceeding; ☐ Pending release on bond for treatment
Mot. for Detention # ___: ☐ Granted; ☐ Denied; ☐ Moot   Mot. for Hearing # ___: ☐ Granted; ☐ Denied; ☐ Moot

**Additional Minutes:** _____
_____
_____